Thursday, May 8, 2014

No. 14–0439/AF. U.S. v. Alain R. Hicks. CCA 38191. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Air Force Court of Criminal Appeals is affirmed.* [See ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0348/AF & 14–5002/AF. U.S. v. Michael C. McPherson. CCA S32068. Review granted on the following issue:

> THERE IS A SPLIT IN THE SERVICE COURTS. IN THIS CASE AND AT LEAST 10 UNPUBLISHED CASES, THE AIR FORCE COURT OF CRIMINAL APPEALS (AFCCA) HAS HELD THAT AN APPELLANT MUST EXHAUST ADMINISTRATIVE REMEDIES BEFORE RELIEF CAN BE GRANTED UNDER ARTICLE 12, UCMJ. NO OTHER SER-VICE COURT HAS HELD THE SAME. GIVEN THE LEGISLATIVE HISTORY OF ARTICLE 12, UCMJ, DID THE AFCCA ERR WHEN IT REQUIRED APPELLANT TO EXHAUST ADMINISTRATIVE REME-DIES BEFORE RECEIVING RELIEF?

No briefs will be filed on this issue.

No. 14–0439/AF. U.S. v. Alain R. Hicks. CCA 38191. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

* It is noted that the decision of the United States Air Force Court of Criminal Appeals stated that Appellant was convicted of "five specifications of wrongful use of a controlled substance" and "three specifications of wrongful possession of a controlled substance" when in fact Appellant was convicted of six specifications of wrongful use and two specifications of wrongful possession.